IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JANET DEAN WHITE, | |
| Defendant. | |

Defendant Janet Dean White has notified the Court that she intends to appeal the sentence imposed upon her in this case. (Doc. 355.) Accordingly,

IT IS ORDERED that, pursuant to Federal Rule of Criminal Procedure 32(j)(2), the Clerk of Court is directed to file a notice of appeal to the Ninth Circuit Court of Appeals on behalf of Defendant.

DATED this 25th day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1